# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLAH MALLORY,<br><br>　　　　Defendant. | Criminal No. 18-cr-10270-RWZ |

### REPORT IN LIEU OF FINAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(c)

Cabell, U.S.M.J.

On January 24, 2019, the parties requested that the case be reported to the District Judge for a pretrial conference, which the court has set for February 6, 2019. As no further status conferences are necessary before me, I report as follows:

**Local Rule 116.5(c)(1) – Whether the Defendant Requests a Rule 11 Hearing**

The defendant has not requested a Rule 11 hearing.

**Local Rules 116.5(c)(2)(A) – Status of Discovery**

Discovery is substantially complete. There are no discovery issues to report; no discovery motions have been filed and none are anticipated.

**Local Rule 116.5(c)(2)(C): Whether all Motions under Rule 12(b) Have Been Filed**

No Rule 12(b) motions have been filed to date and none are anticipated at this time.

**Local Rule 116.5(c)(2)(D) – The Status of Excludable Time**

The court has entered orders excluding the time from the defendant's August 23, 2018 initial appearance through February 6, 2019, the date scheduled for the pretrial conference.

Accordingly, 70 non-excludable days will remain under the STA when and if the pretrial conference is held as scheduled.

**Local Rule 116.5(c)(2)(E) and (c)(3): Estimate of Trial and Miscellaneous Matters**

The parties estimate a trial would last three days. There are no other matters specific to the case that would assist the District Judge upon transfer.

/s/ Donald L. Cabell  
DONALD L. CABELL, U.S.M.J.

DATED: January 29, 2019