UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   Criminal No. 18-10270-RWZ<br>)<br>ALLAH MALLORY a/k/a "Parod,"   )<br>    Defendant.   ) | |

REVISED EXHIBIT LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby files the following list of Proposed Exhibits for trial in the above-captioned matter. The government reserves its right to supplement, modify and number the list in light of the evidence admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| A | Map/Chalk of Area of North Warren Avenue and Milton Street, Brockton, Massachusetts |
| 1.1-1.3 | Photographs of 210 North Warren Avenue, Brockton |
| 2 | Original Consensual Recordings |
| 3 | Original Consensual Recording (Car Recorder) |
| 4.1-4.3 | Recordings of Consensual Telephone Calls |
| 4.1T-4.3T | Transcripts of Consensual Telephone Calls |
| 5.1-5.2 | Screen Shots of SA Kenny's Phone |
| 6.1-6.2 | Screen Shots of Text Messages and Call Detail Records of CW-1's Cellular Telephone |
| 7.1-7.2.1.1.1 | Excerpts of Audio/Video Recordings of July 9, 2018, Purchase of Heroin and Cocaine Base |
| 7T | Transcript of Audio/Video Recording of July 9, 2018 |

|      | Purchase of Heroin and Cocaine Base |
|------|-------------------------------------|
| 8.1  | Still Photograph of July 9, 2019 (basement) |
| 8.2  | Still Photograph of July 9, 2019 (car) |
| 9    | FBI Ex.1B31- Cocaine Base |
| 10   | FBI Ex. 1B32- Heroin |
| 11   | CV for James DiSarno |
| 12   | Drug Certification for FBI Ex. 1B31- Cocaine Base |
| 13   | Drug Certification for FBI Ex. 1B32- Heroin |
| 14   | Photograph of Allah Mallory |
| 15   | Plymouth County Correctional Facility Records for Allah Mallory |
| 16   | Plymouth County Correction Facility Records for CW-1 |
| 17   | Certified Probation Records for Allah Mallory |
| 18   | GPS Monitoring Records for Allah Mallory on July 9, 2018 |

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: s/ Timothy E. Moran
TIMOTHY E. MORAN
Assistant U.S. Attorneys

Date: October 30, 2019

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          s/ Timothy E. Moran
                                          Timothy E. Moran

Date: October 30, 2019