UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 18-10270-RWZ

UNITED STATES OF AMERICA

v.

ALLAH MALLORY, a/k/a "Parod"

<u>VERDICT</u>

WE, THE JURY, FIND THE DEFENDANT, ALLAH MALLORY:

**AS TO COUNT ONE OF THE SUPERSEDING INDICTMENT**
**(Distribution of Heroin and Cocaine Base)**

_____✓_____ GUILTY           _____ NOT GUILTY

11-6-19
_____
DATE

_____
FOREPERSON'S SIGNATURE