**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**VS.**                                                          **No. 18-cr-10270-RWZ**

**ALLAH MALLORY**

**NOTICE OF APPEAL**

Notice is hereby given that Allah Mallory, defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the rulings, conviction, and sentence entered in the above-referenced matter.

Respectfully submitted,

ALLAH MALLORY
By his attorney,

/s/*Austin C. Tzeng*                                        Dated:  March 14, 2020
Austin C. Tzeng
The Law Office of Austin C. Tzeng
21 Mayor Thomas J. McGrath Highway
Suite 501
Quincy, MA  02169
781-929-4882
tzengdefense@gmail.com

1

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and e-mail and/or paper copies will be sent to those indicated as non registered participants on March 14, 2020.

Timothy E. Moran
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA  02210
Timothy.E.Moran@usdoj.gov

/s/*Austin C. Tzeng*
Austin C. Tzeng